# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**
**ex rel. GREGORY CHABOT,**
**GREGORY CHABOT, qui tam plaintiff,**

       **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1536-Orl-28KRS**

**D & G DISCOUNT HOMES, LLC,**

       **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   PLAINTIFF/RELATOR CHABOT'S MOTION FOR DEFAULT (Doc. No. 13)**
>
> **FILED:   April 11, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On March 20, 2008, I entered an order striking the answer filed by Defendant D&G Discount Homes, LLC (D&G) because D&G was not represented by counsel and could not be heard on its own behalf under the rules of this Court. Doc. No. 12. I gave D&G until April 4, 2008, to retain counsel who is a member of the bar of this Court to file an answer on its behalf. *Id.* As of the writing of this order, no attorney has appeared on behalf of D&G and the time for doing so has passed. Accordingly, entry of a default against D&G is warranted.

Accordingly, it is **ORDERED** that the Clerk of Court shall enter a default against Defendant D&G Discount Homes, LLC. It is further **ORDERED** that, on or before May 30, 2008, Plaintiff shall file a motion for default judgment supported by a memorandum of law establishing the well pleaded allegations of the complaint showing that D&G is liable. *See Nishimatsu Constr. Co. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975) ("The defendant is not held to admit facts that are not well-pleaded or to admit conclusions of law."). The motion shall also be supported by evidence of damages suffered. *Miller v. Paradise of Port Richey, Inc.*, 75 F. Supp. 2d 1342, 1346 (M.D. Fla. 1999) ("Although a defaulted defendant admits well-pleaded allegations of liability, allegations relating to the amount of damages are not admitted by virtue of default."). Failure to file the motion for default judgment within the time required by this order may result in sanctions, including dismissal of the case. *See* Fed. R. Civ. P. 16(f).

**DONE** and **ORDERED** in Orlando, Florida on April 17, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties