UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**
ex rel. GREGORY CHABOT,

    Plaintiffs,

v.                                         Case No.: 6:06-cv-01536-Orl-35KRS

**D&G DISCOUNT HOMES, LLC,**

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff Gregory Chabot's Motion for Entry of Default Judgment (the "Motion") (Dkt. 21), the Report and Recommendation, issued by United States Magistrate Judge Karla R. Spaulding, recommending that the Motion be denied (Dkt. 22), and Plaintiff Gregory Chabot's subsequent Objection (Dkt. 23) and Notices of Supplemental Authority (Dkts. 26, 27) concerning the Report and Recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), *cert. denied,* 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or

recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). Even in the absence of an objection, the district judge reviews legal conclusions *de novo*. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of Judge Spaulding's Report and Recommendation, the Objection thereto, and Plaintiff Gregory Chabot's Notices of Supplemental Authority, in conjunction with an independent examination of the district court record, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in part. Specifically, the Court agrees with Judge Spaulding that it is appropriate to deny the Motion, but the Court respectfully disagrees with the recommendation that Plaintiffs be ordered to show cause as to why Plaintiffs' Complaint (Dkt. 1) should not be dismissed. Rather, the Court finds that Plaintiff should be given an opportunity to amend the complaint to address the deficiencies identified by Judge Spaulding in the complaint on which Plaintiff would ultimately rely to obtain a judgment of liability and damages in the event of a subsequent default. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED in part** as part of this Order;

2. Plaintiff Gregory Chabot's Motion for Entry of Default Judgment (Dkt. 21) is **DENIED**; and

3. Plaintiffs shall have twenty (20) days from the date of entry of this Order to file an amended complaint that would correct the deficiencies addressed in Judge Spaulding's Report and Recommendation. Failure to file an amended complaint within this period may result in dismissal of this case without further notice from this Court.

**DONE** and **ORDERED** in Orlando, Florida, this 23rd day of June 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties